Nayef Amjad Qashou
w/ Assistance
c/o P.O. Box 1000
Marion Illinois

May 27, 2021

To : Clerk of Court
Re : Motion To Declare Breach of Plea Agreement

This letter with the attached "MOTION," is deposited upon the court for remedy as stated, within the [ACTION].

Because item has been delayed; it has been verified and cleard of any language which could be deemed abrasive, foul or otherwise; and of words which could be construed as hate speech or an attack against anyone's character.

Motion is presented in good faith, advocating 'JUSTICE' as what should have been secured during initial processing.

Stamp both items for filing and processing to be heard by the court. Return the stamped originals to me, at the above address. Make copy for your record(s).

Mailing did suffer obstruction delay and interferrence; this would explain delay and misplaced original.

Thank you for your assistance.

Cordially,

Nayef Amjad Qashou

(Attested) (Attested) (Attested)

APOSTILLE
Document on which this CERTIFICATE is affixed is, so, certified true, correct and complete copy of the ORIGINAL
Convention de la Haye du october 1961

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

NAYEF AMJAD QASHOU

V. --> Case No. 3:19cr364-ECM-WS

UNITED STATES OF AMERICA
Respondent

---

MOTION UPON COURT TO DECLARE GOVERNMENT IN BREACH OF "PLEA AGREEMENT, FILED, FEB. 11, 2020

---

Because "plea Agreement" (hereinafter "Plea") is filed and accepted, court, already have jurisdiction of matter, presented; and,

On MOTION, as Petitioner; I come in Good Faith, Peace and Honor, Protest(now, super protest) for Ineffective Assistance of Counsel (IAC), Prosecutorial Misconduct (PM), for dishonor and curing defects along the way; and, defects are inclusive of discrimination, deprivation of 'RIGHTS,' kidnapping, Human Trafficking, torture, Extortion, Sexual Assault/Battery, (Physical) Assault/Battery, Stealing (i.e. theft, thievery, to take, appropriate/misappropriate) my property (inclusive of EVIDENCE of financial Claims and legal (contractual) documents unlawfully without permission, dishonestly, in secret or surreptitiously, tricks, tricknology or just, plain, "Gaming"; and, Whereby other impropriety(s) exist, suchas brainwashing, silence, the suppression of the truth or other device(s) contrary to the plain rules of common honesty; there is a duty, in existence, to correct all of the above; and,

Any [orders] born by covin, collusion, conspiracy, dis/advantage etc. are disannulled, and, together form reason(s), asto, why judge should DECLARE Government in breach of "PLEA," upon this motion, to court; and,

In support of aspect for "Breach" of "Plea," Petitioner reports there are acts, both, EVIDENCED by Ineffective Assistance of Counsel against court appointed attorneys and Prosecutorial Misconduct against assistant united states attorneys (whereby Misconduct for assistant united states attorneys, also, is, inclusive of IAC); and,

Personality Disorder(s) co-relating to Autism Spectrum Disorder, Anxiety, Schizotypal Personality Disorder among other, further, support this motion to declare "Plea" arrangement in Breach by its terms, demonstrating government agents (inclusive of attorneys)

 nayef amjad:
ALL RIGHTS RESERVED Victim/Witness

contracting with Nayef (one) who is/was incapable of contracting with them, for being mentally incompetent; and,

Mandatory Notice; Take "MANDATORY NOTICE" that Petitioner, ACCEPTS the Oath/Affirmation/Appointment CONTRACT(S) of Indenture of all RESPONDENTS (DEBTORS) for executing demands on this MOTION; and, Due Process, attaches, here, to provide fair notice of what is required for present day, circumstances on promise(s) because the performance on the governments' contract(s), formation(s) or objective(s) of their agreement(s) is/are against the law(s)(inclusive of their Oath Contract(s)) to enable what is demanded on No. 3:19cr364-ECM, as an illegal arrangement; and,

Said Oath/Affirmation/Appointment Contract(s) is/are the one(s) by RESPONDENT(S) as private party before entering upon any duty(s) of office and/or employment and incorporating by reference, and, as terms and conditions in this [ACTION] are: FORENSIC EVALUATION, signed by Jessica Micono, Psy.D. Forensic Psychologist, FBI Interview by FAGGERT NATHAN MILES, AND Theron Ross Nolen, dated, 4/17/-2019, Plea Agreement dated, 2/11/2020, Plea Agreement dated, 7/30-2020, Indictment No. 3:19cr364-ECM dated 9/11/2019, signed by a Foreperson and two united states attorneys (Louis V. Franklin, SR., and Robert K. Nichols, III), SENTENCING MEMORANDUM by Federal Defender Sandi Y. Irwin, Report by Therapist, Dr. Leslie Wofford, PhD, ALC, CRC, at "AMONG THE WILLOWS," Constitution for the union of the several united states of America, Acts of Congress, and, Treaties, lawfully, enacted thereunder (with all Longstanding Blackletter Law); stipulating by contract (No. 3:19cr364-ECM), remedy (here, meaning - enforcing a right or preventing/redressing a wrong; legal or equitable relief, for "breach" of contract); and, All words are given their literal and legal meaning; and,

Petitioner, further, ACCEPTS the fidelity bond(s)/insurance(s) securing and indemnifying faithful performance on the Terms and Conditions of said Oath/Affirmation/Appointment Contract(s)(SUPRA) as consistent with (the lawful money clause) of the union Constitution (Supra) and as purviewed through Articles 9 & 10 of amendments, thereto, and whether issued/underwritten by Fidelity Group, LLOYDS OF LONDON, Liberty Mutual/SAFECO, united states and/or otherwise; and,

Fair Notice; Take "FAIR NOTICE" of operative fact(s) given rise to remedy and Claim(s), herein:

That Attorneys in array, no matter titles, such as Verne H. Speirs, Louis V. Franklin, Sr., Robert K. Nichols, III, Stephen P. Ganter, Brett J. Talley, Sandi Yoshiko Irwin, Joshua J. Wendell, et al, directly/indirectly worked to build (construct) Trust No. 3:19cr364-ECM; and,

Respondents, are aware and should have knowledge of employer/ employee relationship with Petitioner (TRUST, Tax Payer, Victim, etc.) and [PERSONALITY] through which business is transacted; and,

Respondents, are made aware of their wiles, evils fraud via this "Action" to declare their deeds fraudulent and in "Breach of Contract (inclusive of "Plea")" with such overstanding as:

> Fraud; meaning deceit, deception, artifice or trickery operating prejudicially on the right(s) of another, and so intended, by inducing him to part with property (i.e. freedom) or surrender somelegal right; and, See 23 AmJ 2d Fraud § 2; and, "Plea Agreement No. 3:19cr364-ECM," incorporated by reference, here is fraud and is apart of this [MOTION]; and, Term fraud is, further, defined as Anything calculated to deceive another to his prejudice and accomplishing the purpose, whether it be an act, a word, silence, the suppression of the truth or other device contrary to the plain rules of common honesty; and,

As an example of a HIGH-CRIME(S) the attorneys did, via Plea, commission NAYEF to become an accessory to [treason] by changing the terms set-out in the constitution to its/his detriment; and, See the Plea at paragraphs 1-18, 19, 20, 21, 22-30, respectively; and, Whereas with Plea, Nayef was coerced into signing document; and, Defense Attorneys, do not show, nor demonstrate any MATERIAL evidence that they informed Nayef, they had a "Conflict of Interest" upon representing him, on this wise; and, Defense Attorneys, suborn to fraud, when they do not inform the accused (their Client) about several defects in the indictment; because neither the court or the "government" will give written consent (release to defense); and, Fact that the attorneys are government agents, with no written consent (release); he, she, they can neither inform the accused, or , compromise the government's case; and, This means, defense attorneys, were never working for Nayef's interest; and, If the Defense Attorney(s) refuses consent to inform the accused, it is his, her, their legal and moral duty to refuse to "represent" the accused; and, See U.S. v. Tweel, 550 F.2d 297, 299-300 - their silence can only be equated with fraud where there is a legal or moral duty to speak; and,

Supreme Court says:

> Reversal mandated is prejudice, proven on attorney-client relationship; and, See U.S. v. Morrison, 449 U.S. 361, 66 L.Ed.2d 564, 101 s.Ct. 665 (1981); and,

Here, "representation of the accused," is major fraud, because a government agent is making the claim, while making sure the government's claim is not compromised, by hindering, impeding and

obstructing discovery of "Brady" and "Jencks" material and/or submission to the "court" of exculpatory evidence and/or evidence which would impeach police, prosecutors or witnesses; and, Accordingly; Defense Counsels breached contract against u.s.Const's 5th and 6th Amendment's mandates harming their client's property interest(s) on freedom and thereby, deprive-ing Nayef of assistance of counsel, doing significant damage to interest in/on due process; and,

Policy, prohibits contracting (i.e. doing business with mentally incompetent person(s)); and,

Mandatory Notice; Take "MANDATORY NOTICE" that Nayef has been, clinically, diagnosed with serious mental defects which as of, today, there is/are no known cure(s); and, His symptoms carry with them diagnosis of:

1) abnormal social interaction
2) abnormal communication
3) restricted and repetitive interests and behaviors; and,

Recommended treatments are inclusive of psychotherapy and rehabilitation or hospitalization; not prison confinement; and,

Then, there is Schizotypal Personality Disorder - Nayef is diagnosed with a pervasive pattern of social and interpersonal deficits marked by reduced capacity for close relationships as well as, by cognitive or perceptual distortions and eccentricities of behavior . . . this is among the most severe of the personality disorders; and,

Seemingly; and, Defense attorneys would have you to believe that a person with these conditions can negotiate a contract; and,

Even the doctors proved by a battery of test and exams Nayef is/was mentally, incompetent; and, For them to assert at the bottom of their assessment, diagnosis or analysis that Nayef could contract with government agents and their traps is very disingenuous; whereby, those doctors, Paid By Government, were summoned at the behest of attorneys having a bent mind; and, There was no [JUSTICE] to be served/had on this TRUST; and,

What government agents did, was to take advantage of someone unable to care for themself; and, Nayef was/is mentally incapable (incapacited) and, incompetent to execute contracts, which, inevitably voids the Plea; and,

Correct legal standards need to be applied, due to fact, individuals, especially, one with mental deficits can not contract away the

governments' rights to enforce its laws; compare unconscionable contract; and,

Here; agents for the government had a duty to perform and failed to perform, causing an innocent, non-violent, mentally incompetent person to goto prison absent cause (inclusive of probable cause) or good cause; and,

Government's breach of contract afford Nayef grant of relief and release from illegal contract No. 3:19cr364-ECM; and, See also; Franconia Associates v. U.S., 536 U.S. 129, 142-143, 122 S.Ct. 1993, 153 L.Ed.2d 132 (2002) ("Failure by the promisor to perform ... establishes an immediate breach"); Restatement (Second) of Contracts § 235(2) (1979) ("When performance of a duty under a contract is due any non-performance is a breach") (emphasis added); and,

## S U M M A R Y

Review the FActs; and, F.B.I. does interview with equipment that doen't work; and, Why should their results be trusted?; and,

Nayef had to be told he lied; and, He didn't know he lied; and, This information effects the 'mens rea' and 'actus rea'; and, It's a given; people with Autism are easily manipulated; both the attorneys for united states and defense had knowledge of this fact; and, With this knowledge, it can not be with certainty that Nayef worked freely and voluntarily, knowingly negotiate a contract with the government agents as asserted; and, This goes back to what is described in the INDICTMENT; and, Having an incompetent defendant 'mens rea' can not be legally articulated; and,

People with these disorders and diseases have been dealt with extensively, in your circuit, for example; 98 times from years prior to 2008, 80 times from 2008 to 2015 and from 2016 to present 112 times; so, this proves government has the experience and knowledge about dealing with people with Autism; and,

Where in this case the government is in 'Breach of Plea,' the terms of arrangement must be cancelled; and, Id. Public Policy, see cases dealing with mental impairment; Hanson v. Phillips, 442 F.3d 789 (CA2 3/30/2006); U.S. ex rel. Curtis v. Zelker, 466 F.2d 1092 (CA2 7/17/1972); and,

The Plea is an illegal arrnagement and Petitioner deserves remedy as demanded; and,

Constitutional mandates, can not be waived or negotiated away; and,

NAYEF had two Pleas directed towards him; and, The first plea seems to overstand that he could not be locked away in a prison; and, That, appears to have been the correct approach to secure for the alleged case; and, 'Cept, for "slander/libel and Planting evidence" the government agents knew they could get a different verdict against their victim, and, did, with a second plea which resulted in a prison term for Nayef; and,

What could be worse? The government making usage of the doctors to approve what they wanted to secure, screams fowl and bad faith; and, What remains is fact Nayef's conditions will not change and prison(s) have no forms of rehabilitation to assist him; and,

So submitted this 14th day of May, 2021.

nayef amjad qashou,
Victim, witness,
with assistance

/llm

Certificate of Service

When document delivered to mail carriers at usP Marion (CTU) it is deemed delivered upon all parties and made available for review of this matter; and, Item is scanned, at point of delivery; and, Item will be verified and copied to u.s. Dept of Justice Civil Rights Division, for clarity. Sent via certified mailing.

Date May 14, 2021

Cert.Acct.No. 70192970000179761499


ALL RIGHTS RESERVED