RECEIVED

2021 DEC -7 A 11: 29

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

NAYEF AMJAD QASHOU

V. --> Case No. 3:19CR364-ECM

UNITED STATES OF AMERICA

NOTICE OF APPEAL

Petitioner, "QASHOU" comes to enter this "Notice of Appeal," to contest the court's order, entered, November 22, 2021. File notice, accordingly and forward to my attention all pertinent information needed to affect appeal.

s/ Nayef Qashou
Nayef-A. Qashou,
with Assistance

Certificate of Service

This item, so named is handed to mail-handlers at USP Marion (CMU) to be processed by the united states Postal Services Mail procedures. The mail is verified and scanned into the government data bases, for review by all parties of interest. Mail was delivered via certified mailing with postage prepaid. Cert. NO. 70210950000158951245.

Nayef Qashou

/llm

ayef-a.:qashou, [17886-002]
United States Penitentiary Marion (CMU)
c/o P.O. Box 1000
Marion Illinois [62959]

Dec. 2, 2021

CERTIFIED MAIL

7021 0950 0001 5895 1245

⇔17886-002⇔
Clerk Of Court
U.S. District Court
One Church ST
Suite B-110
Montgomery, AL 36104
United States

36104-401801