Nayef Amjad Qashou
17886-002
USP Marion
P.O. Box 1000
Marion, IL 62959

RECEIVED
2022 DEC 19 A 11:24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

United States District Court
Eleventh Circuit

ATTN: Clerk Of Court;

RE: Document Production; Touhy Regulations 28 C.F.R. § 16.21;
Case No. 3:19-cr-00364-ECM-WC;

To The Clerk Of Court:

Enclosed is a copy of a Touhy Request, pursuant to Touhy Regulations 28 C.F.R. § 16.21-29.

The information I was able to find concerning such a request implicitly stated the first step must be done by subpeona, with an accompanying letter explaining my reasoning for the request.

I am receiving assistance with preparation of documents to send to the Court. If there are specific instructions or forms that must be used for Touhy Requests, I have no access to them. If the enclosed subpeona is unacceptable, please supply me with the required forms so I can do this correctly.

If it is acceptable, please send me confirmation of receipt. Mark correspondence "Legal Mail: Open Only In Presence Of Inmate".

Thank you.

Respectfully,

Nayef Qashou 12/14/2022
Nayef Amjad Qashou

**Prepared with inmate assistance**

SCANNED
AMT 12/19/2022

Nayef Amjad Qashou
17886-002
USP Marion
P.O. Box 1000
Marion, IL 62959

RECEIVED
2022 DEC 19 A 11: 24
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

TO: The Federal Bureau Of Investigation;
Local Office, Auburn, Alabama
RE: Document Production; Touhy Regulations 28 C.F.R. § 16.21;
Case No. 3:19-cr-00364-ECM-WC;

To Whom It May Concern:

There is certain documentation I require.

For the purposes of current litigation, (28 U.S.C. § 2255) I am seeking document production pursuant to Touhy Regulations 28 C.F.R. § 16.21 et seq. for the following:

All documentation concerning my initial interrogation, including but not limited to: electronic media containing recordings of my interrogation recorded on CD, DVD, (or flashdrives, etc.) and paper transcripts of digital metadata for the recordings. I also require all paper documentation related to the investigation itself, including unredacted copies of the agent's rough notes. These items are needed to support my IAC claim.

Note: I am allowed to receive, but not possess, digital media. It will be placed in my Central File, where I may view it at my leisure. I thank you for your attention to this matter, and I appreciate your cooperation. If there is anything else required of me, you can contact me at the above address. Please mark correspondence "Legal Mail: Open Only In Presence Of Inmate".

Thank you.

Nayef Qashou 12/14/2022
Nayef Amjad Qashou

**Prepared with inmate assistance**

THE UNITED STATES DISTRICT COURT
FOR THE ELEVENTH CIRCUIT
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2022 DEC 19 A 11: 21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| United States | § | Criminal Case No. |
| vs | § | 3:19-CR-364-ECM |
| Nayef Amjad Qashou | § | Civil Case No. |
| | § | 3:21-cv-00660-ECM-KFP |

Request For Document Production
Under Touhy Regulations 28 C.F.R. § 16.21 et seq.

SUBPOENA

Propounding Party: Nayef Amjad Qashou;
Responding Party: Federal Bureau Of Investigation;

To the Responding Party: Nayef Amjad Qashou makes the following Touhy request for document production pursuant to Touhy regulations, 28 C.F.R. § 16.21 et seq.:

You are requested to produce the following categories of digital media and documentation for the Propounding Parties' inspection and review:

1. Existing electronic media containing unredacted recordings of the Propounding Parties' interrogation, recorded on DVD, CD, or relevant media such as flashdrives, etc.

RESPONSE:

2. Unredacted paper transcripts of all digital metadata of the Propounding Parties' recorded interrogation videos.

RESPONSE:

3. All unredacted paper documentation related to the investigation itself, including unredacted copies of the interrogating agent's rough notes.

RESPONSE:

Executed this _______ day of ______________, 2022

______________________________
Presiding District Court Judge
Eleventh Circuit