IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA

vs. CASE NO.: 3:19cr364-ECM

NAYEF AMJAD QASHOU,

Defendant.

* * * * * * * * * * * * * * *

DETENTION HEARING

(Not held)

* * * * * * * * * * * * * * *

BEFORE THE HONORABLE WALLACE CAPEL, JR., UNITED STATES MAGISTRATE JUDGE, at Montgomery, Alabama, on Tuesday, October 1, 2019, commencing at 11:25 a.m.

APPEARANCES

FOR THE GOVERNMENT: Mr. Robert K. Nichols III
Mr. Joshua J. Wendell
Assistant United States Attorneys
OFFICE OF THE UNITED STATES ATTORNEY
131 Clayton Street
Montgomery, Alabama 36104

FOR THE DEFENDANT: Mr. Stephen P. Ganter
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
817 South Court Street
Montgomery, Alabama 36104

Proceedings recorded by digital sound recording; transcript produced by stenography and computer.

(The following proceedings were heard before the Honorable Wallace Capel, Jr., United States Magistrate Judge, at Montgomery, Alabama, on Tuesday, October 1, 2019, commencing at 11:25 a.m.)

THE COURT: Going over the materials that were submitted on the reports, the government wants to have an additional week to have their expert do a psychiatric evaluation. And Mr. Nichols, we're going to allow you -- we're going to reconvene on the 7th at 11:00. Have your expert talk to or review those reports by then. And as we spoke about, it is to be limited to a psychiatric evaluation because that's what we're looking for here. All right?

MR. NICHOLS: Yes, Your Honor.

THE COURT: We'll reconvene at 11:00. He's going to be held pending that evaluation.

MR. GANTER: Your Honor, I would ask that the Court reconsider that last part.

The only reason I say that is this: This case has been going on since, apparently, October of 2015. My client has been interviewed by FBI agents at least a dozen times. They've had confidential sources tugging at him --

THE COURT: Mr. Ganter, I wasn't involved in this case prior to the time that he was brought into here. I gave you the time to have him evaluated to get reports done in a timely manner. The government has the same right to do so, and I'm

going to give them that.

MR. GANTER: Very well, Your Honor.

THE COURT: I haven't been keeping him or interviewing him all that time. So this Court's trying to move promptly in this. This Court has moved promptly in this. The Court has agreed to the evaluations to be done in a timely manner, but I think this decision has to be right, and the Court intends to do it in the right way. So he will be held pending that evaluation.

MR. NICHOLS: Thank you, Your Honor. And as to our motion -- amended motion for mental competency evaluation, is Your Honor ruling on that at this time?

THE COURT: The Court is not going to rule on this at this time. Preliminarily, the reports that I have, it does not meet the qualifications. There's no showing that at this point in time that it meets the qualifications in order -- of that statute for an evaluation to be sent to Butner at all. We'll wait and see what the additional evaluation shows, and we'll make that determination at that time.

MR. NICHOLS: Yes, Your Honor. And may I raise one more issue? We filed a motion for protective order in this case. I don't believe the defense had time to respond.

MR. GANTER: No objection, Your Honor.

THE COURT: All right.

MR. NICHOLS: Your Honor, may that be put in place

today? We are again providing discovery, and we want to make sure it's properly protected.

THE COURT: Yes. Granted. Okay. Thank you. We'll reconvene on this on the 7th at 11:00.

(Proceedings concluded at 11:28 a.m.)

* * * * * * * * * * * * *

COURT REPORTER'S CERTIFICATE

I certify that the foregoing is a correct transcript to the best of my ability from the official sound recording of proceedings in the above-entitled matter.

This 13th day of August, 2024.

/s/ Patricia G. Starkie
Registered Diplomate Reporter
Certified Realtime Reporter
Official Court Reporter