N THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

UNITED STATES OF AMERICA

vs. CASE NO.: 3:19cr364-ECM

NAYEF AMJAD QASHOU,

Defendant.

* * * * * * * * * * * * * * *

DETENTION HEARING

* * * * * * * * * * * * * * *

BEFORE THE HONORABLE WALLACE CAPEL, UNITED STATES MAGISTRATE JUDGE, at Montgomery, Alabama, on Monday, October 7, 2019, commencing at 11:21 a.m.

APPEARANCES

FOR THE GOVERNMENT: Mr. Robert K. Nichols
Assistant United States Attorney
OFFICE OF THE UNITED STATES ATTORNEY
131 Clayton Street
Montgomery, Alabama 36104

FOR THE DEFENDANT: Mr. Stephen P. Ganter
Ms. Sandi Irwin
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
817 South Court Street
Montgomery, Alabama 36104

Proceedings recorded by digital sound recording;

transcript produced by stenography and computer.

(The following proceedings were heard before the Honorable Wallace Capel, United States Magistrate Judge, at Montgomery, Alabama, on Monday, October 7, 2019, commencing at 11:21 a.m.)

THE COURT: Counsel, as you know, I think that in looking at the reports that we have, they point toward the client being competent and able to assist his attorney. I was planning to and had talked about dismissing or denying the motion, the amended motion, to send him to Butner based upon that. Based upon your representations today, I don't know if it necessarily changes that.

MR. GANTER: I can --

THE COURT: But I do think that in this case, I'm going to hold in abeyance the motion to detain. And this is very difficult for me to do, but I am going to refer him. I'm bothered by the idea that it's just going to come back with the same information that I already have and that he's being sent for the purpose of that which we already know. I want to make sure during this process that he's being treated fairly and within his rights and that all parties are.

His affect is a little bit different today, no doubt. I'm not sure why. But we're going to refer him. I do -- I am going to ask for Butner, though, to expedite their evaluation since we already have two evaluations done. And I would also like you to send those evaluations to them, Mr. Ganter.

MR. GANTER: Absolutely.

THE COURT: We're going to withhold any determination as far as detention until he comes back from that.

And your motion becomes somewhat moot at this point in time.

MR. NICHOLS: Yes, Your Honor.

THE COURT: All right. We'll also, obviously, hold on the arraignment at this point in time.

MR. GANTER: Very well, Your Honor.

THE COURT: All right.

MR. GANTER: Thank you, Your Honor.

THE COURT: Thank you.

MR. NICHOLS: Thank you, Your Honor.

(Proceedings concluded at 11:24 a.m.)

* * * * * * * * * * * * *

COURT REPORTER'S CERTIFICATE

I certify that the foregoing is a correct transcript to the best of my ability from the official sound recording of proceedings in the above-entitled matter.

This 13th day of August, 2024.

/s/ Patricia G. Starkie
Registered Diplomate Reporter
Certified Realtime Reporter
Official Court Reporter