IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

EASTERN DIVISION

UNITED STATES OF AMERICA

vs. CASE NO.: 3:19cr364-ECM

NAYEF AMJAD QASHOU,

Defendant.

* * * * * * * * * * * * * * *

TELEPHONE CONFERENCE

* * * * * * * * * * * * * * *

BEFORE THE HONORABLE WALLACE CAPEL, JR., UNITED STATES MAGISTRATE JUDGE, at Montgomery, Alabama, on Monday, October 7, 2019, commencing at 9:12 a.m.

APPEARANCES

FOR THE GOVERNMENT: Mr. Robert K. Nichols
Mr. Joshua Wendell
Mr. Brett Talley
Assistant United States Attorneys
OFFICE OF THE UNITED STATES ATTORNEY
131 Clayton Street
Montgomery, Alabama 36104

FOR THE DEFENDANT: Mr. Stephen P. Ganter
Ms. Sandi Y. Irwin
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
817 South Court Street
Montgomery, Alabama 36104

Proceedings reported stenographically;

transcript produced by computer

(The following proceedings were heard before the Honorable Wallace Capel, Jr., United States Magistrate Judge, at Montgomery, Alabama, on Monday, October 7, 2019, commencing at 9:12 a.m.)

THE COURT: All right, gentlemen, good morning. We're up and ready to go.

Can both of you hear me? Can both of you hear me?

MR. GANTER: Yes.

MR. NICHOLS: Yes, Your Honor.

THE COURT: All right. My understanding from the last message I got is that you've reached an agreement. You want to enter a plea on him and then, based upon him being convicted, you want to send him to Butner, correct, prior to any sentencing?

MR. GANTER: That is correct, Your Honor.

THE COURT: All right. Obviously, we need to arraign him. I had planned to do that at 11:00, but to do that I'm going to deny the government's motion to have him sent to Butner originally, the motion that's outstanding, because it doesn't meet the standard. That standard requires that he be -- mental disease or defect that would -- that he not understand the consequences or the nature of the action or be able to assist his attorney, and based upon the two reports that we have by the defendant's experts, he doesn't meet that standard. Plus, we wouldn't be able to arraign him or take a plea from him if he

was not competent.

The government's not arguing that he's not competent at this point in time, are they?

MR. NICHOLS: No, Your Honor. We're not arguing that.

THE COURT: All right. So I will go ahead and enter an order that the government's no longer arguing that.

When do you intend to enter -- want to do the plea? Because if you --

MR. GANTER: I will file a notice of intent to change plea this afternoon, Your Honor.

THE COURT: All right. You don't want to do it at the arraignment stage?

MR. GANTER: I don't think so, Your Honor. I would much rather maybe do it later this week because there are other things that have to be put in place, I believe.

THE COURT: Mr. Ganter, I'm going to be out with some medical for the rest of the week starting Wednesday, but we can schedule it for the week after. You're also going to be not contesting the detention; is that correct?

MR. GANTER: That is correct. What we will be doing is waiving the detention.

Let me ask His Honor. If we file the notice of change of plea this afternoon, could we set the hearing for tomorrow?

THE COURT: Kelli, can you --

We can set it for 1:00, Mr. Ganter.

MR. GANTER: That would be fine with us, Your Honor.

THE COURT: Mr. Nichols, is that fine with you?

MR. NICHOLS: Yes, Your Honor, it is.

THE COURT: All right. We'll arraign him today, then. I'll deny the motion on the record at that arraignment and then, Mr. Ganter, you just let them know that -- let me know on record that you're withdrawing any opposition to detaining him, and we'll set it for tomorrow at 1:00 for the plea.

MR. GANTER: Very well, Your Honor.

THE COURT: All right. Thank you both. I'll see you at 11.

MR. NICHOLS: Thank you, Your Honor. Yes, sir.

(Proceedings concluded at 9:16 a.m.)

* * * * * * * * * * * * *

COURT REPORTER'S CERTIFICATE

I certify that the foregoing is a correct transcript to the best of my ability from the official sound recording of proceedings in the above-entitled matter.

This 15th day of August, 2024.

/s/ Patricia G. Starkie
Registered Diplomate Reporter
Certified Realtime Reporter
Official Court Reporter