IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2025 MAR -6 A 11: 30
TRA . GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

NAYEF AMJAD QASHOU, )
)
)
Petitioner, )
v. ) Case No. 3:19-CR-364-ECM
)
UNITED STATES OF AMERICA, )
)
Respondent, )

**Affidavit of Nayef A. Qashou**

I, Nayef A. Qashou, am the petitioner in case no. 3:19-cr-364-ecm, ***despite being an innocent person.***

Page reference for this affidavit: Part One: *pages 2-13* Part Two: *pages 14-15*

**Due to the necessity of relating important information, I have divided this affidavit into two parts:**

1) Part One, addresses one defamatory claim in particular, related to information that was claimed or suggested about me in September of 2019, and further addresses defamatory, untrue information or misrepresentations, wrongly attributed to me, in relation to the opening of this case, in general. To a certain extent, this part of the affidavit, addresses certain of the same issues, that are addressed in the *innocence memorandum I have written, which has not been filed with the Court* (except that it addresses or expresses certain things, not expressed in the *innocence* memorandum, and I believe many issues, addressed in the *innocence memorandum,* are un-addressed in this affidavit, as this

affidavit is not meant to address all or most of the issues, with this case, or information, that was wrongly claimed about me, or wrongly attributed to me).

*It should be said that there are many other claims, attributed to me, in relation to information that I believe came from the opening of this case, which represent untrue information or defamatory misrepresentations of me, but which I have not addressed here.* I have written an *innocence* memorandum for that purpose, but even that does not address all of the misinformation or lack of contextual understanding, in relation to information that was claimed or wrongly attributed to me, in relation to this case. Further memorandums may or may not be necessary, to address what is not addressed, in the *innocence* memorandum I have written.

2) Part Two, submits to the Honorable Court, critical and limited facts or factual matters, from the pretrial record, or representing factual testimony about the pretrial record, which took place in or about, October of 2019, which petitioner submits as evidence from the case record (in addition to Exhibit 4 in document 121), of the involuntariness of petitioner's acceptance of the plea agreements, and the involuntariness of petitioner's guilty plea on February 11, 2020, and July 30, 2020, and that all proceedings following the proceeding on October 7, 2019 (docket number 25 and 26), were *tainted by involuntariness* (in addition to my testimony in document 121, in Exhibit 4, supporting this conclusion). *(Id. See "Involuntary guilty plea")*

## Part One

Note: This is only a partial response, to the defamatory and untrue information, or to misrepresentations or inaccurate representations, whether represented in the media, in an affidavit, or anything else, which I believe was related to the opening of this case. Although I object to having to publicly respond to every horrible lie, untruth, or defamatory misrepresentation, that was attributed to me. No innocent person should have to do that. Rather, the condemnation should be on

publicly attributing false information, defamatorily untrue representations, or defamatory misrepresentations, to ordinary, innocent people, and the particular wrongfulness, when that is done to innocent people with mental conditions (I have autism).

As a contextual matter, petitioner further submits that when information is taken out of context, inaccurately represented, or misrepresented, and publicly attributed to a person (such as in a news article), then that "statement" can be accurately described as a "lie", based on how that statement would be ordinarily understood by most people, who are not aware of the actual, true information, or the context of the actual, true information.

Petitioner further submits that there is a difference between saying that a statement "is a lie" and "the person who said that statement lied". When a person expresses that a statement "is a lie" (or any similar expression), *as I have used that word in this affidavit*, they are expressing the untruth of that statement; *they are not specifically or necessarily suggesting that the person who expressed (or wrote) that statement, "lied" or "intended to misrepresent"*. They are clarifying that the statement or the understanding which that statement suggests, as would be ordinarily understood by most people, who are not aware of the actual, true information, or the context of the actual, true information, is explicitly not true.

Petitioner submits that, when petitioner uses the word "misrepresentation", I mean by that, that what I am referring to misrepresents me, and is either not true or not accurate, based on how what I am referring to, would be ordinarily understood by most people, who are not aware of the the actual, true information or the actual context of the actual, true information. *I am not necessarily suggesting by that, that the statement represents a person "intending to misrepresent" me. That is not what I mean by the word "misrepresentation", in this affidavit.* The same applies to the word "defamatory", as expressed in this affidavit.

In response to a certain defamatory claim, and other defamatory, untrue information or misrepresentations, attributed to me in September 2019 or thereafter, I hereby respond with the following:

1. ***What was communicated in the media and harmfully wrongly attributed to me in September 2019, in relation to service members, was a horrible, defamatory lie, and misrepresentation of an innocent, ordinary person,*** *who cares about and values people who serve, protect, and defend our country (the United States of America).*

*Although not a factual matter, but my own expression:* ***What a horrible, defamatory lie, to attribute to an ordinary person! I am disappointed with every online publisher or media organization, that engaged in expressing such defamatory claims, and attributing that to me, and not even considering, that I am or could be, completely innocent, of any and all such claims or representations.***

2. I cared about and value all service members, in all of the branches of armed services, and our government (the United States of America), in and prior to ***September of 2019,*** *and of course, I still care about and value all service members.*

3. Simply because I care about and value service members, *does not necessarily mean that I agree with the wars they are asked to fight, or every particular thing they are asked to do.* ***But,*** *even when they are asked to engage in things I may not support, I still care about, value, and have a support for, service members!*

4. I would stipulate here, **that I was a patriotic American, in my mind and my heart, prior to my *unexpected* arrest in September 2019**, for this case, and of course still am, and always will be, despite that I do not believe I significantly expressed my patriotism, in the traditional sense, prior to

my unexpected arrest, in September of 2019. What I am describing is an *internal reality, that reflected me, until the day of my unexpected arrest, in* September of 2019, *and that is something only I could know*. That is why the *unexpected* opening of this case in September of 2019, felt like such a betrayal and undeserved personal injury.

5. I should add here, an important thing: **that no one is more offended, from the false, defamatory claims or misrepresentations, that were wrongly attributed to me in September of 2019 or thereafter, than I am.** Although this is not a factual matter, but a factual representation of my certain feeling, about these defamatory claims or misrepresentations, wrongly attributed to me. It should be considered completely unacceptable, that such things would be wrongly attributed to any ordinary, young person (as I certainly was, prior to my *unexpected* arrest in September 2019, and which I still consider myself to be, at the present), to the undeserved injury of, an ordinary, young, autistic person's name and reputation (me).

Of course, the injury to my name and reputation, because of information that was claimed, in relation to the opening of this case, to a significant extent, has still not been corrected, and that is part of why I am filing this affidavit, almost 5 ½ years to the day (about September 17, 2019), of being horribly lied about and misrepresented - that no ordinary, young person should be a victim, of anything like this – that is what happened to me, because of the opening of this case, and because of information that was wrongly attributed to me, on September 17, 2019, or thereafter, and no ordinary, young person with autism, should be a victim of public defamation like this, in disregard of the legal and reputational safeguards for people with mental conditions (or the legal and reputational safeguards, which should exist), given that protecting the name and reputation, of ordinary persons or ordinary citizens, with mental conditions, should be a matter of public interest, as these often are ordinary, innocent, and vulnerable persons, ***who may be vulnerable to misrepresentation or misconstrual***. This should include safeguarding their name and reputation, from being publicly injured, due to issues related to their mental condition or mental disability, by

the publishing of defamatory information or representations (and not further considering the issue of the factuality or accuracy of claims or "information", that may be wrongly, incorrectly, defamatorily, or libelously attributed, to any innocent person with a mental condition).

6. I should further clarify that, when I say I was a patriotic American, prior to my unexpected arrest in September 2019, and of course still am (and always will be), *that does not mean that I believe in or subscribe to, right-or-wrong patriotism.* Here is a specific example: If my country (the United States of America) wanted to engage in a holocaust towards Jewish people, like Nazi Germany did in the 1930's, then I would say or hold as a personal moral position, as a citizen, literally or to the effect of, "No thanks, I cannot support that" or "I am against that", or even if I do not express that in words, that this would my personal position, to such a horrible notion.

*Misconceptions and false understandings of government agents about me, in relation to service members who serve our country (the United States of America), are completely defamatory and incorrect. Defamatory notions that government agents held about me, were incorrect and mistaken. It would seem that partial information or expressions by me, written or verbal, were taken out context, to come to defamatorily and harmfully false understandings, wrongly attributed to me, by the government agents.* Petitioner believes the *innocence* memorandum I have written, not presently filed with the Court, addresses these issues, false understandings, and misunderstandings, including this particular issue, but a further memorandum may or may not be necessary, to address other issues, not specifically addressed in the *innocence* memorandum.

7. Due to my passive personality (which is subjective, but accurate in my own mental description, and as of the time of this affidavit, and which I would describe as representing one aspect of my personality, but a significant one, prior to my arrest in 2019, which I believe is related to my autism), I do not believe I specifically expressed this, prior to my arrest in 2019. Though I had considered many times to express my personal appreciation to people who serve in the military, and

in the armed services, and even police officers that I would see, prior to my arrest in 2019 – one of the reasons I did not express this personal sentiment, prior to my arrest in 2019, was because of not knowing how people who serve, would respond to that, if I were to have expressed that. I still hold a general *personal appreciation* for people who serve (or have served) in a good manner, in any good capacity, at the local, state, or federal level.

8. Following from 7, many wrong and wrongful suggestions about me, expressed by government agents during interviews, were not specifically responded to by me, as to ascribe those suggestions, as being wrongful, incorrect, and not representing of me, because of this personality characteristic/trait. I believe this caused wrongful suggestions and seemingly, false, defamatory conclusions, to be made about me, based on different interviews, and which came out in claimed "information" about me, in an affidavit that was submitted, that I believe was in relation to the opening of this case, a significant amount of which, was untrue or misrepresenting of me.

9. Certain information, was misrepresented, even when that represented the suggestions of government agents, which suggested other harmfully false understandings about me. Further, the government agents seemed to be unaware of what I was actually interested in, and seemed to come to a false understanding about that, which may or may not have been based on their own suggestions. For instance, when asking me about traveling to certain countries, where an organization, *that was defamatorily and wrongly associated with my name, after being unexpectedly arrested for this case,* (and which the government agents seemed to be mistakenly associating me with, prior to that, *while not being aware or really understanding and appreciating, that what I was personally interested in, was a humanitarian purpose – not a specific or particular organization, and certainly not what they were wrongly suggesting*), may be present, and they were asking me why I was interested in that (as if I were specifically interested in what they were specifically describing, when that was certainly not accurate, as my purpose, *in my mind*, was not about a particular organization, and certainly not what they were wrongly framing this discussion about,

which was most harmful to me, as a person with autism, who was vulnerable, due to my mental condition, to being misrepresented by framing that does not represent me, and further, that they found it acceptable to publicize their defamatory understandings and notions, or "information" that came from or was related to, this wrong and defamatory framing, in an unsealed affidavit). I may have went along with their framing, *for the purpose of a discussion*, *even when that did not accurately represent me, and what I was personally interested in, and which may have been due to my autism*. I believe I could not articulate this (what I was personally interested in – the humanitarian purpose I have described in 'Comments on the PSR' and the *innocence* memorandum I have written, which was different than what the government agents, were wrongly suggesting about me), during those discussions, which may have been due to my autism.

10. The complexity of why I had saved certain content, referred to in "count one" of the indictment, was because I had engaged in my own "personal study and research" about certain controversial subjects, and related content, while I was a student at a community college, in 2016 and 2017, which was partly about studying and self-educating, to have a better personal understanding of different things, and partly about exploring my curiosity, about these issues, and related content. Although importantly, I did not feel comfortable with a significant amount of this content, even if, for partial understanding, I studied it (as a matter of self-educating), the way a botanist may study a bitter class of plants. Again, this was one perspective from which I studied the contents, but not the only perspective.

Again, I may not have shared these (or certain or some of these reasons) with government agents, in the context of an interview, I believe, because of processing issues related to my autism. But also, I believe what I shared with government agents, is complimentary (or complimentarily true) to all of this, as I have expressed in section 15.

*I would further note that, the more I studied the content, the more it appeared to me, that a significant amount of the content, seemed to have been made for Islamophobic purposes (as I had perceived it), by some anonymous person. That is what I perceived, and that is why I was more disturbed by the contents, the more I considered how Islamophobic, a significant amount of the content was.* What is more horrible, is that this nebulous, Islamophobic "content", was almost displayed in a public court proceeding, I believe in September or October of 2019, seemingly based on an incorrect and misled notion, because of having saved these "research contents", studied this content (or in order to study it from a nuanced, critical perspective), or shared it with limited persons (*in my mind and perspective*, for purposes, permitted by the First Amendment) . My public defenders were present in the proceeding, in September or October of 2019, in which this nebulous, Islamophobic "content", was almost displayed in a public court proceeding by attorneys with the U.S. Attorney's Office, (I could tell that they had seemingly intended or wanted to present that, in the court proceeding, because I remember seeing certain of the research contents, on one of the monitor screens). I believe they should be able to attest to the fact, that this almost happened. And had this happened, this would have represented nothing, but Islamophobic misrepresentation of an innocent, ordinary, young, Muslim-American person (this is not a specifically factual matter, but my good faith belief). And it is one thing, when you have Islamophobia in an "inactive form", such as content that reflects that. And it is another thing, when government attorneys misguidedly find it appropriate to take that "inactive Islamophobia" content, and almost turn it into active Islamophobia, by almost making wrongful suggestions in a public court proceeding, about an ordinary, autistic, Muslim-American person (me), and by having almost associated that person with the content, for having studied and to a limited extent, shared the content, as it relates to this specifically, for the purpose of academic, critical (in the manner of criticizing), or nuanced consideration or study, of the information, views, and understandings, expressed or related in the contents (I am not saying that all of these purposes necessarily applied or applied at the same time, as it relates to any individual I shared the contents with; and while I had this general purpose and consideration, as part of the purposes I had considered, as part of sharing the research contents, at

the time, *I did not necessarily specifically express this purpose and perspective*, but this represented part of the purposes or the general purpose I had considered, *in my mind and from my perspective*). For me, although this did not happen, this just illustrates the wrongfulness of the opening of this case in general.

11. Although, as I tried to express to government agents (which I believe is partly recounted in the PSR), that I also had considered that sharing of the research contents, with limited persons, may bring to attention, the significant humanitarian situation in places like Syria, at the time, where a person could help ordinary people or be in service to ordinary people/civilians – it explicitly, explicitly, was not about recruiting for any organization (as far as the purpose of sharing the content, *in my mind and understanding*), and as a side-note, **what a horrible lie to attribute to an innocent, ordinary person**, and that the Honorable Court was wrongly made to repeat this untruth in a sentence proceeding, as if it were a factual matter, when that was nothing but a horrible lie.

The injury and emotional injury that I feel from this, ***as I am writing these words***, and the internal stress this untruth has caused me (as many others), is something that is difficult to describe, but should be apparent and taken in the most serious terms, by the Honorable Judges of this Court; I am a real, ordinary, young person with autism, who has experienced injury and a continuing injury, from these untruths being attributed to me; **what needs to be addressed, is the injury to my innocence, by providing an opportunity for my innocence to be restored (or to be able to present my *innocence* claim before a jury)**.

In one of my community college classes, which I believe I had attended *in the same year, that I began to engage in the saving of the "personal research contents", referred to in count one of the indictment,* one of the questions considered in that class, over the course of the semester, was, "What does it mean to be a good citizen?". For me, engaging in this personal research, was part of my own personal answer and attempt, *to be a good citizen* (that in my mind, *was directly related to*

*"the spirit of being a good citizen", as was impressed on me, in that class;* some of the research contents were related to this purpose, but I am not saying that *all* of the research contents, were related to this), by self-educating and becoming more informed about issues (but as I have previously expressed, this was not the only reason I engaged in the saving of the research contents), that may not come to the attention of other fellow citizens, who may only get their information from media sources, that may not be reliable, or may not offer accurate factual understandings, of issues. The idea of this, is that not all citizens, can be informed about everything; but if some citizens make an effort, to be informed about some things, then that would serve our country (the United States of America); by having an informed citizenry, that supports having good (or better) understandings and policies, in relation to different issues. Again, I have elaborated on other important nuances, in the *innocence* memorandum I have written.

12. At the point that they opened this case and publicly related information about this personal research, and *wrongly attributing that to my name, by filing that in an affidavit, that made all sorts of harmful, untrue, and inaccurate claims (besides, or in addition, to this), about me personally, as an innocent, ordinary person, with autism,* the government agents and attorneys, went from having factual information (certain of the information, was factual; I believe a significant amount, was untrue or misrepresenting, of me), to defaming my name and reputation, *because I never publicly shared my personal research, and I never wanted to be defined by this personal research*, other than, *in my understanding*, privately sharing this research content with limited persons (from my perspective and understanding, which others may or may not have understood, for legitimate purposes, permitted by the *First Amendment,* or, *in my mind and understanding*, not for any purpose prohibited by law). Again, I have further elaborated on this, in the *innocence* memorandum I have written.

13. However, the problem is, partial statements or expressions by me (I believe many of which were responses to hypothetical questions of government agents, I believe some of which I thought about

and responded to, as a student would respond to a "hypothetical" history assignment), were used to paint this untrue and defamatory picture, of me being person who subscribes to all sorts of horrible things, which do not reflect me at all, and which was expressed in the untrue and defamatory misrepresentations of me, related in information or claims, that were submitted in an affidavit by a government agent. I have been personally hurt in my name and reputation, by these false and defamatory claims or misrepresentations of me, and to the extent that responses to contexts created by the government agents themselves, were used to harmfully and wrongly misrepresent me, and defamatorily wrongly suggest that I have expressed willingness to do things, or expressions which suggested that I subscribed to things, but which was actually untrue and defamatorily false. It should be said, as a contextual or factual matter, that a *hypothetical discussion, is not necessarily an expression of a willingness to do anything, and a response to a hypothetical question, in the context of a hypothetical or academic discussion, does not reflect a person's beliefs.* I have elaborated on the misrepresentation, inherent in these wrongful suggestions, in a separate writing, that most clearly identifies the wrongful nature of a making a personal claim about a person, based on this kind of thing.

14. In short, an academic consideration of a hypothetical scenario, *does not necessarily personally reflect* ***the person****, engaging in that "hypothetical or academic expression". It just reflects the person's* ***academic engagement and expression****, about a hypothetical scenario, and nothing more. To publicly attribute such, personally to a person, to the extent that that is or may be defamatory, when they have not publicly represented that about themselves, is the most harmful and slanderous thing, that a public servant can do. I believe I was unfortunately a victim of that, by the relating of these claims, in the most horrible way. And yes, as a factual matter, when I engaged with these "hypotheticals", which in my understanding represented a hypothetical discussion, not reflecting a willingness to do anything or belief about anything, then I engaged with that hypothetical discussion, from an "academic" perspective (put simply, as encouraged in some English classes, in high school or college, I thought about these things freely, and then expressed responses to*

*hypotheticals, as an "academic" expression,* and nothing more.) This may seem incredibly naive, given what they were asking me about, but due to my innocence and naivete, I engaged with these "hypotheticals", in the most innocent, academic manner (and being a college or university student, it was most natural for me, to think from this perspective). I did not imagine that my innocent responses, would be used to wrongly slander me, and suggest horrible, defamatorily false representations of me being willing to do certain things, or subscribing to certain things.

15. This (all of what I have previously described) should be considered a "complimentary understanding", to what is described in the PSR, 'Comments on the PSR', written by me, and the *innocence* memorandum I have written, in relation to this (but all of these should contextually be considered, in relation to the other). As a contextual matter and factual matter, I feel it important to mention, that there can be many reasons why a person may engage in something. If a person expresses in one instance a certain reason for doing something, they are not necessarily saying, that that is the *only reason,* for doing something.

**Important Note about Part One:** I have tried to communicate an accurate record of factual understanding, but I do not claim this record is perfect or without error (for instance, grammatical error of reference – such as using the words "part of" instead of the words "in relation to", which may produce a significant difference in meaning, or which may more accurately reflect an accurate factual understanding; what I intended to communicate, may not be perfectly reflected in the words I have expressed, in this affidavit). Further, contextual issues in this affidavit, should be considered in relation to any other thing I have referenced in this affidavit, or any other thing that may need to be considered, for accurate, factual understanding, even if I have not specifically referenced that in this affidavit.

## Part Two

I hereby submit to the Honorable Court, the following facts, pertaining to the pretrial period, material to the "voluntariness" of the plea agreements and the guilty plea on July 30, 2020, ***despite my innocence,*** as the petitioner submits that the voluntariness of all subsequent proceedings or statements, related to guilt or the plea agreement, *were tainted by involuntariness,* since that was expressed in the proceeding, on October 7, 2019:

1. Prior to or on October 7, 2019, I was first offered a plea agreement by the government, and having been notified of that by one of my appointed public defender attorneys, or appointed federal public defenders.

2. As a factual matter, it is true that my appointed public defender attorneys had discussed with me acceptance or signing of the first plea agreement offered, prior to the October 7, 2019 proceeding, and that I had reluctantly expressed to them, after asking for their advice regarding maintaining my innocence and proceeding to a trial, that I would sign the plea agreement offered, ***despite that I was significantly conflicted about that, because of perceiving my innocence.***

3. During the October 7, 2019 proceeding (docket number 25 or 26), I was asked to *sign the first offered plea agreement*, ***prior to being sent for a mental evaluation.***

4. During the October 7, 2019 proceeding, after being asked to *sign the first offered plea agreement*, I broke down tremoring and crying.

5. This was referred to, when Honorable Magistrate Judge Wallace Capel expressed in that proceeding, as the transcript records, "His affect is a little bit different today, no doubt." This can be found in the transcript of the October 7, 2019 proceeding, in line 21, page 2, document 117.

6. ***Petitioner's factual testimony in this affidavit***: The reason I broke down tremoring and crying, was because I felt I was being coerced, to accept a felony conviction (and a false association with the subject matter of the case) and waiving my rights, ***despite my innocence.*** That is why I broke down tremoring and crying, *after I was asked by my appointed public defenders to sign the plea agreement, during the proceeding,* ***prior to being sent for a mental evaluation***.

7. **I did not sign the plea agreement at that proceeding, despite being asked to**, based on a prior understanding with my public defender attorneys that I would sign and accept this offered plea agreement (as mentioned in 2), ***because of perceiving my innocence.***

Under penalty of perjury, I hereby declare and affirm that the statements above are true and correct, to the best of my knowledge.

SIGNED this 4th day of March 2025 in Lee County, Alabama

[signature]

Nayef A. Qashou

SWORN to and subscribed before me, this 4th day of March 2025

[signature]

NOTARY PUBLIC

My Commission Expires: 08/21/2028

**Certificate of Service**

I hereby affirm that a true and correct copy of the foregoing document, "Affidavit of Nayef A. Qashou" was sent through the U.S. Postal Service, with appropriate payment, on this 5th day of March 2025, to the following:

United States Attorney's Office

131 Clayton Street

Montgomery, AL 36104

Sincerely,

Nayef Qashou